IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:22-cr-60003

BARRY W. PAXTON DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Ford recommended that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 42) be dismissed without prejudice. Judge Ford explained that Defendant has two criminal cases (the case styled above and Case No. 6:22-cr-60032-SOH-MEF), and from the allegations in his instant 28 U.S.C. § 2255 Motion (ECF No. 42) that only his sentence imposed in Case No. 6:22-cr-60032-SOH-MEF was implicated. Following the filing of Defendant's Motion (ECF No. 42), Judge Ford entered an order (ECF No. 44) directing Defendant to complete and file an amended motion by September 16, 2024, to clarify Defendant's claims for relief. Specifically, whether Defendant intended to assert any grounds for habeas relief in this case. Defendant did not file such amended motion.

Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 55) in its entirety. Accordingly, Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 42) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge