IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:22-cr-60003

BARRY W. PAXTON DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 63. Judge Ford recommended that Defendant's Motion for Order or Recommendation (ECF No. 60) be denied. Judge Ford explained that Defendant's Motion concerns the execution of his sentence, not its validity or legality, and must be filed in the district where Defendant is confined. Defendant is confined in Kansas, not the Western District of Arkansas. Therefore, the Court lacks subject matter jurisdiction to consider the instant Motion.

Defendant has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 63) in its entirety. Accordingly, Defendant's Motion for Order or Recommendation (ECF No. 60) is hereby **DENIED**.

**IT IS SO ORDERED**, this 17th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge